IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| LOYD KENNEDY, | ) |
|---|---|
| Petitioner, | ) |
| vs. | ) Case No. CIV-14-925-F |
| WARDEN MIKE ADDISON, | ) |
| Respondent. | ) |

## REPORT AND RECOMMENDATION

Petitioner, a state prisoner appearing pro se, has filed an application for leave to proceed *in forma pauperis* and supporting affidavit. Pursuant to an order entered by United States District Judge Stephen P. Friot, this matter has been referred to the undersigned Magistrate Judge for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B). Having reviewed the application, the undersigned finds that Petitioner has sufficient funds to prepay the filing fee of $5.00. Because he does not qualify for authorization to proceed without prepayment of the filing fee, it is recommended that Petitioner's application, **ECF No. 2**, be **DENIED** and that he be ordered to prepay the full $5.00 filing fee for this action to proceed. 28 U.S.C. § 1915(a)(1). *Lister v. Department of the Treasury*, 408 F.3d 1309, 1312 (10th Cir. 2005) (magistrate judge should issue a report and recommendation when denying motion to proceed *in forma pauperis*.).

It is further recommended that this action be dismissed without prejudice to re-filing unless Petitioner pays the $5.00 filing fee in full to the Clerk of the Court within twenty (20) days of any order adopting this Report and Recommendation.

Additionally, the Petition, ECF No. 1, is not prepared using the proper form. Therefore, it is further recommended that the Petitioner submit an amended petition on the enclosed form by **September 25, 2014**. The Clerk of Court is directed to send Petitioner a blank form for Petition for a Writ of Habeas Corpus Under 28 U.S.C. 2241.

Petitioner is advised that he may file an objection to this Report and Recommendation with the Clerk of this Court by **September 25, 2014**. Petitioner is further advised that failure to timely object to this Report and Recommendation waives the right to appellate review of both factual and legal issues contained herein. *Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

The Clerk is not to forward a copy of the petition to the appropriate state agency until further order of the Court.

This report and recommendation **terminates** the referral to the undersigned Magistrate Judge unless and until the matter is re-referred.

**ENTERED** on September 8, 2014.

SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE